## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **RICKY PATTERSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 3:17-cv-01311-SMY |
| | ) |
| **ARNOLD STEBER, KYLE HENTON,** | ) |
| **ELDON COOPER, and JEREMY** | ) |
| **GIVENS,** | ) |
| | ) |
| **Defendants.** | ) |

# JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** that, pursuant to the Order entered on November 19, 2019 (Doc. 77), reflecting settlement between the parties, this action is **DISMISSED with prejudice**.

**DATED: January 22, 2021**

                                **MARGARET M. ROBERTIE, CLERK OF COURT**

                                **By:** *s/ Tanya Kelley*
                                   **Deputy Clerk**


**APPROVED:** *s/ Staci M. Yandle*
                **STACI M. YANDLE**
                **United States District Judge**